```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 21518
  MARGARET CARROLL
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
  SSN XXX-XX-0903


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/04/04 and confirmed on 08/03/04.

     2.  The case was dismissed after confirmation, 11/15/2007.

     3.  The Debtor paid a total of $  15259.36 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED | 7525.00 | 1067.71 | 4427.19 |
| BUDGET FINANCE | SECURED | 8175.00 | 1159.98 | 4809.60 |
| FOX METRO WATER REC DIST | SECURED | 654.97 | .00 | 394.51 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 484.87 | .00 | 484.87 |
| APS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | 1203.45 | .00 | .00 |
| AURORA EYE CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | 567.33 | .00 | .00 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| EAST AURORA SCHOOL DISTR | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 359.06 | .00 | .00 |
| FOX METRO WATER REC DIST | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES INC | UNSECURED | 60.24 | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | 257.42 | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MCI WORLDCOM | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CASSEL LP | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 694.54 | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PRODIGY COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA MERCY MEDICAL CE | UNSECURED | 1156.75 | .00 | .00 |
| READERS DIGEST | UNSECURED | NOT FILED | .00 | .00 |

```
AXSYS NATL BANK/FINGERHU  UNSECURED        NOT FILED           .00          .00
RUSH COPLEY MEDICAL CENT  UNSECURED        NOT FILED           .00          .00
RUSH COPLEY MEDICAL CENT  UNSECURED        NOT FILED           .00          .00
SBC BANKRUPTCY DESK       UNSECURED           336.63           .00          .00
SPORTS ILLUSTRATED        UNSECURED        NOT FILED           .00          .00
TCF BANK                  UNSECURED        NOT FILED           .00          .00
MCI WORLDCOM              UNSECURED        NOT FILED           .00          .00
UNIFUND                   UNSECURED        NOT FILED           .00          .00
VALOR INSURANCE CO        UNSECURED        NOT FILED           .00          .00
VERIZON WIRELESS          UNSECURED        NOT FILED           .00          .00
MICKEY WILSON WEILER ET   NOTICE ONLY      NOT FILED           .00          .00
AMERICREDIT FINANCIAL     UNSECURED          3903.02           .00          .00
BUDGET FINANCE            UNSECURED          2355.07           .00          .00
```

Summary of disbursements:

```
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
TOTAL CLMS ALLOWED  16839.84          .00      10893.51         .00      27733.35
PRINCIPAL PAID      10116.17          .00           .00         .00      10116.17
INTEREST PAID        2227.69          .00           .00         .00       2227.69
TOTAL PAID          12343.86          .00           .00         .00      12343.86
```

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2700.00
and was paid $    500.00  direct and $   2200.00  through the plan.

The Trustee received $    715.50 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/07/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE


                           PAGE   2
           CASE NO.  04 B 21518  MARGARET CARROLL